IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MAURICE BOOKER

    Plaintiff,

v.                                                                  Docket No.:   05-2801- Ma/A

ALLSTATE INSURANCE COMPANY

    Defendants.

### PROPOSED RULE 16(B) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):** December 29, 2005

**JOINING PARTIES:**

For Plaintiff:   **February 15, 2006**

For Defendant:   **March 15, 2006**

**AMENDING PLEADINGS:**

For Plaintiff:   **February 15, 2006**

For Defendant:   **March 15, 2006**

**COMPLETING ALL DISCOVERY:**   July 21, 2006

**(a) REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:** July 21, 2006

**(b) EXPERT DISCLOSURE (Rule 26(a)(2)):**

(I) Plaintiff's Experts: **May 12, 2006**

(ii) Defendant's Experts: **June 16, 2006**

(iii) Supplementation under Rule 26(e): **June 26, 2006**

**(c) DEPOSITIONS OF EXPERTS:**   **July 21, 2006**

**FILING DISPOSITIVE MOTIONS:**   **August 18, 2006**

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

For Plaintiff: **July 15, 2006**

For Defendant: **August 15, 2006**

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last _____ days and is **SET** for **JURY TRIAL** on _____ at _____. A joint pretrial order is due on _____. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline,

unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 07, 2005

Approved By:

*[signature]* w/ permission

Ed Lenow (#9401)
Attorney for Plaintiff
100 N. Main, Suite 2525
Memphis, TN 38103
(901) 527-8678
Fax: (901) 527-8632

*[signature]*

David M. Waldrop (#13079)
Attorney for Defendant, Allstate
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489
Fax: (901) 759-3479

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02801 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Edwin C. Lenow
LAW OFFICES OF EDWIN C. LENOW
1415 Madison Ave.
Memphis, TN 38104

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT